## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-1056

**MARTHA LUGO**, an individual,

    Plaintiff,

v.

**TRUTH CORPORATION d/b/a ACCOUNTABILITY POLYGRAPH SERVICES** and **GALE J. PAGE**, an individual,

    Defendants.

### NOTICE OF REMOVAL OF STATE COURT ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

TO:    THE HONORABLE CLERK, OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

PLEASE TAKE NOTICE that Defendants have removed to the United States District Court for the District of Colorado all claims and causes of action in the civil action styled <u>Lugo v. Truth Corporation, et al.</u>, Case No. 2021cv30486 (the "State Court Action"), now pending in the District Court for Arapahoe County, Colorado, pursuant to 28 U.S.C. § 1441.  A copy of all process, pleadings, and orders served upon Defendants to date in the State Court Action are attached hereto as **Exhibit A**.

Defendants' grounds for removal are as follows:

**I.    This Civil Action is Founded on a Claim or Right Arising under the Laws of the United States.**

**29 U.S.C. § 215(a)(3)**.  The State Court Action is removable to this Court pursuant to

28 U.S.C. § 1441(a), as Martha Lugo's ("Plaintiff") cause of action is a federal question arising under the laws of the United States, specifically, the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*.  Plaintiff alleges that during her employment with Truth Corporation d/b/a Accountability Polygraph Services ("APS"), APS violated the FLSA by retaliating against her following her complaint about APS's alleged failure to pay her for work she performed on February 20 and/or 21, 2020.  Accordingly, this matter presents a federal question and removal is appropriate under 28 U.S.C. § 1441(a).

This Court has supplemental jurisdiction over Plaintiff's common law and state statutory claims pursuant to 28 U.S.C. § 1367.

### II.     This Notice of Removal is Timely and Complete and Has Been Properly Served.

a.     Defendants first received notice of this action on March 16, 2021.  This Notice is therefore timely filed pursuant to 28 U.S.C. § 1446(b).

b.     This Court has personal jurisdiction over the parties.

c.     Both Defendants consent to removal of the action.

d.     Defendants have provided written notice of this Notice to counsel of record for Plaintiff.  A true and complete copy of this Notice will be filed in the State Court Action.

Respectfully submitted: April 15, 2021.

/s/ *Leah P. VanLandschoot*_____
Leah P. VanLandschoot, #35723
Amy Maestas, # 46925
**THE LITIGATION BOUTIQUE LLC**
1720 S. Bellaire Street, Suite 520
Denver, Colorado 80222
Phone: 303-355-1942
Fax: 303-355-2199
Email: lvanlandschoot@thelitbot.com
Email: amaestas@thelitbot.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2021, a copy of the foregoing **NOTICE OF REMOVAL OF STATE COURT ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Julian G.G. Wolfson, Esq.
Claire E. Hunter, Esq.
**HKM EMPLOYMENT ATTORNEYS**
730 Seventeenth Street, Suite 750
Denver, Colorado 80202
Telephone: (720) 668-8989
E-mail: jwolfson@hkm.com
E-mail: chunter@hkm.com
*Attorneys for Plaintiff*

/s/ *Amy M. Maestas*
Amy M. Maestas