**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-01056-WJM-NRN

MARTHA LUGO,

    Plaintiff

    v.

TRUTH CORPORATION d/b/a ACCOUNTABILITY POLYGRAPH SERVICES; and GALE J. PAGE,

    Defendants.

---

### STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

---

The Parties, by and through undersigned counsel, hereby stipulate to the dismissal of any and all claims that were asserted, or could have been asserted, in this matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties further stipulate and agree that all parties shall be responsible for their own attorneys' fees and costs.

Dated this 30th day of August 2021.

| | |
|---|---|
| */s/ Julian G.G. Wolfson* | */s/ Leah P. VanLandschoot* |
| Julian G. G. Wolfson | Leah P. VanLandschoot |
| Claire E. Hunter | Amy Maestas |
| HKM Employment Attorneys LLP | THE LITIGATION BOTIQUE LLC |
| 730 17th Street, Suite 750 | 1720 South Bellaire, Suite 520 |
| Denver, Colorado 80202 | Denver, Colorado 80222 |
| jwolfson@hkm.com | lvanlandschoot@thelitbot.com |
| chunter@hkm.com | amaestas@thelitbot.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I certify that on this 30th day of August 2021, the foregoing **STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** was served upon the following via the Court's CM/ECF system:

Leah P. VanLandschoot
Amy Maestas
THE LITIGATION BOUTIQUE LLC
1720 S. Bellaire Street, Suite 520
Denver, Colorado 80222
Phone: 303-355-1942
Fax: 303-355-2199
Email: lvanlandschoot@thelitbot.com
Email: amaestas@thelitbot.com

*Attorneys for Defendants*

                                          */s/ Jen Kern*_____
                                          Jen Kern, Paralegal